**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MARLON L. SAPP,

    Plaintiff,

vs.                                        CASE NO. 6:06-CV-822-ORL-19JGG

CHEX CARD OF UNITED STATES
"CHEX SYSTEM" (OPERATOR),

    Defendant.

_____

ORDER

This case was considered by the Court on the Report and Recommendation of the United States Magistrate Judge (Doc. No. 3, filed June 20, 2006). No objection to said Report and Recommendation was filed. Upon consideration, it is

**ORDERED** that the Report and Recommendation (Doc. No. 3) is **ADOPTED and AFFIRMED.** The Motion for Leave to Proceed *In* Forma *Pauperis* (Doc. No. 2, filed June 16, 2006) is **DENIED**, and this case is **DISMISSED** without prejudice**.** The Clerk of Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this \_\_16th\_\_\_\_\_ day of July, 2006

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:

Counsel of Record